

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2017

No. 04-15-00120-CV

University of Incarnate Word and Christopher **CARTER,**
Appellant

v.

Valerie **REDUS,** Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellant's First Unopposed Motion to Extend Time to File Brief on the Merits is
GRANTED. Appellant's brief is due September 8, 2017.

It is so **ORDERED** on this 9th day of August, 2017.

PER CURIAM

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk